**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

- against -

MARVAVIER RIAN HURTS,

                Defendant.

**23 CR 394 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that Lorraine Gauli-Rufo of LGR Law, L.L.C., is re-appointed as CJA counsel to represent the defendant in the above-captioned matter.

It is further ordered that the pretrial conference in this matter currently scheduled for December 8, 2023, is hereby adjourned until February 9, 2024, at 3:00 P.M.

It is further ordered that time until February 9, 2024 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:    December 7, 2023
          New York, New York

                                Victor Marrero
                                U.S.D.J.