**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2023
```

UNITED STATES OF AMERICA,

  - against -

MARVAVIER RIAN HURTS,

              Defendant.

23 CR 394 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby amends its previous Order at Dkt. No. 16 to reflect that Defendant Maravavier Hurts's bail curfew shall be permanently modified to a stand-alone GPS Monitor.

**SO ORDERED.**

Dated:    December 20, 2023
           New York, New York

                                                  Victor Marrero
                                                     U.S.D.J.