```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2024
```

# LGR LAW, LLC
### FEDERAL CRIMINAL DEFENSE

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

March 11, 2024

*Via ECF*
Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re: United States v. Maravavier Hurts
> Crim. No. 23-394 (VM)

Dear Judge Marrero:

     I represent Maravavier Hurts in his federal criminal matter pursuant to the Criminal Justice Act ("CJA"). We have a status conference scheduled before Your Honor on March 22, 2024. Mr. Hurts resides in Alabama. I am respectfully requesting that Your Honor allow Mr. Hurts to appear virtually. I have discussed this with my client and he has no objection to this request.

     Thank you for Your Honor's time and consideration to this matter.

Request GRANTED.

SO ORDERED.
13 March 2024
DATE          VICTOR MARRERO, U.S.D.J.

Respectfully submitted,

Lorraine Gauli-Rufo, Esq.
Attorney for Maravavier Hurts

Cc: Nicholas Chiuchiolo, AUSA