```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

            - against -

MARVAVIER RIAN HURTS,

                   Defendants.

**23 CR 394 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The status conference scheduled for March 22, 2024, is hereby adjourned in light of Defendant Marvavier Hurts's notice of intent to plead guilty pursuant to a plea agreement with the Government.

**SO ORDERED.**

Dated:    15 March 2024
             New York, New York

                                              _____
                                                 Victor Marrero
                                                   U.S.D.J.