UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

MARVAVIER RIAN HURTS,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2024
```

**ORDER**

23 Cr. 394 (VM)

WHEREAS, with the defendant's consent, the defendant's guilty plea allocution was made before United States Magistrate Judge Stein on March 21, 2024;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

Accordingly, it is hereby

ORDERED that the defendant's guilty plea is accepted; and it is further

ORDERED that the defendant's sentencing proceeding shall be scheduled for June 28, 2024, at 1:00 P.M.

**SO ORDERED:**

Dated: New York, New York
       25 March 2024

_____
Victor Marrero
U.S.D.J.